In the Matter of the VILLAGE OF ISLAND PARK, Respondent, against WILLIAM E. HOWARD et al., Constituting the Zoning Board of Appeals of the Village of Island Park, Respondents, and CHARLES BECKMANN, as Executor of WILLIAM BECKMANN, Deceased, Appellant.

Argued January 8, 1940; decided January 9, 1940.

*Robert L. Callahan* for motion.

*Simon M. Platt* opposed.

Motion denied and appeal dismissed, with costs and ten dollars costs of motion, on the ground the appeal is not properly in this court (*Matter of Schoenewerg,* 277 N. Y. 424).